UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ECF**

Ralph Brown, )
)
      Petitioner, )
)
v. ) Civil Action No. 07-724
)
John Caulfield, )
)
      Respondent. )

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 26th day of April 2007,

ORDERED that respondents, by counsel, within 30 days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the named respondent, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

SO ORDERED.

*Reggie B. Walton*
United States District Judge