5/12/07

Civil Action # 070724-R.B.W
Plaintiff: Ralph Brown
Dear Judge. R.B. Walton

RECEIVED
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The first mistake I saw was with the "Certificate of Parole" and I ask my Parole Officer, Mr. Mcqucie Moore, "How was I place back on Parole," on another man; docket/case # F-07692-93C. As you can see from the Presentence Report, Sir. My Part I Played in that Report, "I finish the three years in 1997." Which with the other Papers I sent you or with these two, It may help you to understand, why I ask my P.O for help, "That he did not give" I have a letter from an attorney, that was ask to find out this same information in 2002 (You may or may not have) Sir: I have other information to this case. Please, help me, when aver you can

Thank you for the time
From Mr Ralph Brown

12/21/01 03:31 FAX 301 492 6694     US PAROLE COMMISSION     @002/004



U.S. Department of Justice
United States Parole Commission

## CERTIFICATE OF PAROLE
### District of Columbia Offender

Know All Men By These Presents:

It having been made to appear to the United States Parole Commission that BROWN, Ralph E., REG No. 00842-103, (DCDC No. 177-635), is eligible to be paroled, and that there is a reasonable probability that the prisoner will live and remain at liberty without violating the law, and that his release is not incompatible with the welfare of society, it is ORDERED by the said United States Parole Commission that said prisoner be paroled on December 21, 2001, and that said prisoner is to reside within the District of Columbia and to remain within the limits of the Washington, D.C. Metropolitan Area (including the District of Columbia, Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax, and Falls Church, Virginia) until and including October 13, 2008.

Given under the hands and the seal of the United States Parole Commission, on December 21, 2001.

UNITED STATES PAROLE COMMISSION

By: Isaac L. Kelley, Case Analyst     HERE

HERE   Docket/Case Number: F-07692-93C

Acknowledgement of Release Conditions:
I have read, or had read to me, the conditions printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any, I may be recommitted.

Consent to the Disclosure of Drug/Alcohol Treatment Information:
By signing this Parole Certificate, I consent to the unrestricted communication between any treatment facility administering any drug or alcoholic treatment program, in which I am, or will be participating, and the Parole Supervision Services Division of the District of Columbia Board of Parole. I further consent to the disclosure by such facility to the Parole Supervision Services Division of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of parole supervision.

X _Ralph E. Brown_                              X  177-635
       Name                                           DCDC No.

Witnessed: _signature_                           12-21-01
           Name and Title                         Date

The above-named person was released on the 21st day of December, 2001 with a total of _____ days remaining to be served.

_M. L. Rector for Marvin L. Brown, Deputy Director/Operations_
Official Certifying Release

BOP-D.C.-Correctional Treatment Facility

Pocket Case # F-07692-93C

*(handwritten margin notes: "HERE", "This is Wrong", "HERE")*

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SOCIAL SERVICES DIVISION - ADULT BRANCH

**PRESENTENCE REPORT**
**DRUG PLEA INITIATIVE**

*No Correction 3-11-94*

*My charge* PDID NO.: 234-735
Docket No.: F-0769-93D *PAGE 6*

Re: Ralph E. Brown                          Date Referred: 10-19-93

To: The Honorable Bruce D. Beaudin          Date Due: 1-14-94

From: Probation Officer Dawn A. Lee         Sentencing Date: 1-19-94

Defendant Information:
True Name: Ralph Edward Brown       Address: 1263 Stevens Rd. SE
                                             Washington, D.C. 20020

Aliases: None                        Tel. No.: Disconnected

Age/Birthdate: 39/5-4-54             Sex: Male

Birthplace: Wash., D.C.

Time in D.C. Area: Life              Citizenship: U.S.
                                     Alien No.: N/A

Marital Status: Divorced             Dependents: 5

Education: 10th grade

Social Security No.: 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     Permit No.: DC

DCDC No.: 177-635                    FBI No.: 401 61 1H

Offense, Code and Penalty: Attempt Possession with Intent to Distribute Heroin; 33-549; $500,000 and up to thirty years

Plea: Guilty    Judgment: Guilty          Bond Status: No Bond

Detainers or Pending Charges: None  *HERE*

Co-defendant(s):
Curtis Tyree     Dkt No.: F-07692-93C   Status: Pend. Sent. 1-4-94  *PAGE 5*
                 Dkt No.:                Status:

AUSA: Patrick Rowan                  Telephone: 514-7415

Defense Counsel: Mitchell Baer       Telephone: 371-6665

"In accordance with the U.S. Parole Commission and Reorganization Act, Public Law 94-233, dated March 15, 1976 this report is disclosable to inmates in federal institutions for purposes of parole consideration."