UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAPLH BROWN,                          )      Civil No. 07-cv-724 (RBW)
                        Petitioner,)
            v.                        )
                                      )
JOHN CAUFIELD,                        )
                      Respondent.  )
_____

**UNITED STATES' MOTION TO VACATE SHOW CAUSE ORDER**

Comes now, the United States, by and through the United States Attorney for the District of Columbia, and respectfully asks this Court to Vacate the Order directing the Respondent to Show Cause issued by this Court on April 26, 2007, and received in the Office of the United States Attorney for the District of Columbia on May 15, 2007. In support of the United States' motion, the government now states:

1. On May 15, 2007, the undersigned Assistant United States Attorney received a copy of an Order issued by this Court on April 26th, 2007, which directed the respondent to show cause why petitioner's petition for a Writ of Habeas Corpus should not issue.

2. Accompanying this order was a two-page document. The first page was a form pleading entitled "Petition for Writ of Habeas Corpus By Person in Custody in the District of Columbia" with the line "Instructions - Please Read Carefully" below and a handwritten annotation "1-8 See Attachments" in the bottom right-hand corner. The second page bears a handwritten annotation "1 of 8" in the top left-hand corner and a handwritten annotation "Attachment I" across the top. This second page is a letter dated July 30, 1993 entitled

"Transfer of Jurisdiction to D.C. Board of Parole".

3. The undersigned Assistant United States Attorney has contacted the Office of the Clerk for the United States District Court for the District of Columbia, the Parole Commission, and the Electronic Case Filing personnel at the United States District Court, and has been informed that none of these entities has received any documents other than those received by the undersigned.

4. In brief, the undersigned Assistant United States Attorney is unable to ascertain the nature of petitioner's habeas claim from the two pages received to date.

5. Accordingly, the United States respectfully requests that this Court vacate the Order Directing Respondent to Show Cause, and re-issue this Order if, and when, the Court receives petitioner's complete petition for a writ of habeas corpus.

Respectfully submitted,


 /S/Jeffrey Taylor
JEFFREY A. TAYLOR # 498-610
UNITED STATES ATTORNEY


 /s/ Robert D. Okun
ROBERT D. OKUN # 457-078
CHIEF, SPECIAL PROCEEDINGS DIVISION


 /s/ Carolyn Kolben
CAROLYN KOLBEN # 391-156
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service of a copy of the foregoing Respondent's Motion To Vacate Show Cause Order has been filed via the Electronic Case Filing System and that a copy has been mailed to Ralph Brown, DCDC 177-635, Reg. # 00842-103, C.T.F. 1901 E Street, S.E., Washington, D.C. 20009, this 1st day of June, 2007.

   /s/ Carolyn Kolben
CAROLYN KOLBEN
Assistant United States Attorney
555 4th Street, N.W.
Special Proceedings Division
Washington, D.C.  20530
(202) 616-0852

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAPLH BROWN,                          ) Civil No. 07-cv-724 (RBW)
                    Petitioner, )
        v.                            )
                                      )
JOHN CAUFIELD,                        )
                    Respondent. )
_____

**ORDER**

This matter is before the Court on the Respondent's Motion to

Vacate Show Cause Order, and for good cause shown, it is hereby

**ORDERED**, this __ day of June, 2007, that the Respondent's

motion shall be **GRANTED**.

_____
REGGIE B. WALTON
United States District Judge

Copies to:

Carolyn K. Kolben
Assistant United States Attorney
555 4th Street, N.W. / Room 10-441
Washington, D.C.  20530

Ralph Brown
DCDC 177-635
Reg. # 00842-103 - C.T.F.
1901 E Street, S.E.
Washington, D.C. 20009