## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH BROWN )<br>　)<br>　　　　Petitioner, )<br>　)<br>v. )<br>　)<br>JOHN CAULFIELD )<br>　)<br>　　　　Respondent. )<br>_____) | Civil Action No. 07-0724 (RBW) |

### **DISTRICT OF COLUMBIA'S MOTION TO VACATE SHOW CAUSE ORDER**

The District of Columbia (hereinafter the "District"), files this motion to vacate the Order directing the District to show cause. The Order to Show Cause, issued April 26, 2007, was received in the Office of the Attorney General for the District of Columbia on May 15, 2007. The Petitioner, Ralph Brown, filed a *pro se* petition for a writ of habeas corpus on April 23, 2007, naming the warden of the Central Treatment Facility. As directed by the Court, the District, through counsel, respectfully submits this response to the Court's Order to Show Cause why the writ of habeas corpus should not issue and respectfully joins the United States Attorney for the District of Columbia in it request to have the Show Cause Order vacated.

In support of this motion, the District states that the petition which accompanied the Order to Show Cause appears to be incomplete. The petition consists of two pages; the first page is a form pleading entitled "Petition for Wirt of Habeas Corpus By a Person in Custody in the District of Columbia." At the bottom right of that page is a handwritten notation: "1-8 See Attachments". The following page has a handwritten notation at the top: "Attachment #1". The document is a letter from the Department of Justice to the D.C. Board of parole, dated July 30, 1993. The copy of the petition provided to this office did not contain any other information. The

undersigned checked the electronic case filing system for a complete copy, but the system has the same two pages described herein.

Based on the incomplete petition, the District is unable to determine the nature of Petitioner's claim. Accordingly, the District respectfully requests that this Court vacate the Order directing the Respondent to Show Cause.

In addition, to the above, the undersigned has been advised by the Department of Corrections, that the Petitioner was released to the United States Marshal's Service on June 4, 2007. *See* Exhibit A. The federal Bureau of Prisons inmate locator indicates that the Petitioner is being held at the federal detention facility in Philadelphia, Pennsylvania. *See* Exhibit B. Accordingly, the District is no longer the custodian of the petitioner and as such the Order should be vacated as to the District and the petition should be dismissed.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Kimberly M. Johnson
    KIMBERLY MATTHEWS JOHNSON [#435163]
    Section Chief
    General Litigation Section I

    /s/ Lucy Pittman
    LUCY PITTMAN [#483416]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    (202) 442-9891 (phone)
    (202) 727-3625 (fax)
    lucy.pittman@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2007, a copy of the foregoing motion and proposed order were mailed postage prepaid to:

Ralph Brown
D.C.D.C. 177-635
Reg. # 00842-103
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106
*Petitioner*

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH BROWN )<br>    )<br>    Petitioner, )<br>    )<br>v.    )<br>    )<br>JOHN CAULFIELD )<br>    )<br>    Respondent. )<br>_____) | Civil Action No. 07-0724 (RBW) |

### ORDER

Upon consideration of the District of Columbia's motion to vacate Show Cause Order and the record herein, it is hereby,

ORDERED: that the District of Columbia's motion shall be GRANTED.

SO ORDERED, this _____ day of _____, 2007.

_____
Reggie B. Walton
United States District Judge

**Alerts:**

Name: BROWN, RALPH DWARD

Section: ___  Block: ___
Cell: ___  Bed: ___  Location: 12

| Birth | Sex | Race | Release | Admt Type | SS# | Booking# | DCDC# | Booked Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
|  | M | B | 06/04/2007 | 69 |  | 2007-06913 | 177635 | 05/29/2007 |  |

**Release Verification Information**

Release Shift: 2
Date and Time of Release: 06/04/2007 09:04
Release Officer #: RICHARD, CORY
Days Served this Sentence: 7

**Release Information**

Releasing Authority: U.S. DISTRICT COURT
Release Type: RELEASE TO US MARSHAL
Released in Custody of: U.S. MARSHAL SERVICE
Parole Violation: 
Sentence Description: 
Death Date: 00/00/0000

**Release Identity Check Information**

NCIC Check Done: 
NCIC Check Result: 
Fingerprint Verified: 

Side tabs: Cmmsry, Commiss, Ctgry Lmt, Detainers, Drugs, Education, Employme, Grievance, Housing, ID#'s, Incidents, Mail Log, Medical, Med Visits, Misconduc, Physical, Phone Lo, Property, Questions, QTY Rest, Release, $Rstrction

Print FSRx | Calc Temp Days | Abort

EXHIBIT A

# Federal Bureau of Prisons



## Inmate Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)

**ID Search Criteria:** Inmate Register Number 00842-103

Results 1 - 1 of 1

| | Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|---|
| 1. | RALPH E BROWN | 00842-103 | 53 | Black | M | UNKNOWN | PHILADELPHIA FDC |

New Search | FAQs | Privacy

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information
Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map

### Related Documents
- Program Description

- Inmate Locator
  - Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

- Printer Friendly Version

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form



EXHIBIT B