UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH BROWN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-0724 (RBW) |
| | ) |
| JOHN CAULFIELD, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on respondents' motions to vacate the Order to Show Cause [#3]. The petition for writ of habeas corpus indicates that eight attachments were submitted. However, the pleading entered on the Court's electronic docket [#1] includes only two pages: the first page of a preprinted form captioned "Petition for Writ of Habeas Corpus by a Person in Custody in the District of Columbia," and a letter marked "Attachment I." The petition appears to be incomplete, such that neither the respondents nor the Court can discern the nature of petitioner's habeas claim.

The Court will defer its ruling on respondents' motions, and allow petitioner an opportunity to submit a complete copy of his petition and attachments. Because petitioner has been transferred since the filing of the petition, the Court will direct the Clerk to mail a copy of this Order to petitioner both at the District's Correctional Treatment Facility and at FDC Philadelphia, the Federal Bureau of Prisons facility where he now is incarcerated.

Accordingly, it is hereby

ORDERED that, within 14 days of entry of this Order, petitioner shall submit a duplicate of his petition for writ of habeas corpus and all attachments.  Petitioner's failure to file this submission timely will result in dismissal of this action.  It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to petitioner at his address of record, and shall mail another copy to: Ralph Brown, Fed. Reg. # 00842-103, FDC Philadelphia, P.O. Box 562, Philadelphia, PA  19106.

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date:  June 29, 2007