UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RALPH BROWN, )
)
      Petitioner, )
)
v. ) Civil Action No. 07-0724 (RBW)
)
JOHN CAULFIELD, )
)
      Respondent. )

FILED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It appeared that the petition for writ of habeas corpus entered on the Court's electronic docket did not include exhibits to which petitioner referred. Without those exhibits, neither the respondents nor the Court could discern the nature of petitioner's habeas claim. On June 29, 2007, the Court ordered petitioner to submit a duplicate of his petition with all exhibits. The Court has received of two letters, with attachments, from petitioner, and the Court construes these letters as his response to the June 29, 2007 Order. Accordingly, it is hereby

ORDERED that the Clerk of Court shall docket petitioner's letters as his response to the June 29, 2007 Order. It is further

ORDERED that respondents' motions to vacate the order to show cause [Dkt. # 7, 8] are DENIED. It is further

ORDERED that respondents shall file their responses to the order to show cause within 21 days of the docketing of petitioner's letters.

SO ORDERED.

Date: August 10, 2007

REGGIE B. WALTON
United States District Judge