7/10/07

Ralph Brown
    Petitioner
V
Warden/Director
    Responder

Civil Action # 070724 (RBW)

Petitioner Motion for Show Cause of evidence and lenity

Dear Honorable Judge Walton

The nature of the Petitioner claim, is that the warrant from 7/30/1993; on Transfer of Jurisdiction to D.C. Board of Parole will show that they acted on it. (Them 1993-94 Papers.) evidence of Release on Parole 7/30/1989, by the Commissioner — Report of Alleged Violations 9/21/1993 — And D.C. D.C. Face Sheet; for the Violation of the 1975 Charged Disposition 5 to 15 years, Expire date in 1992. your Papers show that it was Reviewed. Sir: They place me back on Parole for that same violation 12/21/01 and it was Revoked on 5/3/01; Ten years later, after Transferring me. And Place me on Parole for a 4 to 12 suspended sentence with

the 5 to 15 year sentence, 12/21/01. Six under the law: 18-USCS § 3624(E) Supervision after Release: "A prisoner whose sentence includes a term of supervised release after imprisonment "shall be released by the Bureau of Prisons to the supervision of a probation officer. who shall during the term imposed, supervise the person released to the degree warranted by the conditions specified by the sentencing court/judge. which commences on the day of released from imprisonment and runs concurrently with any federal, state or local term of probation or supervised release of parole for another offense to which the person is subject or becomes subject during the term of supervised release"
Sir: this is why I state evidence and lenity for this order your Honor.

I/Is been ten month and I have not seen these people yet. But an attorney name. Angela Haynes. came to see me

over →

to offer that expedited Revocation Proposal, that makes #3

In Respect your Honorable Judge

from Me Ralph E Brown,

P.S Sir, I did send 8-8 copies of paper to the court Two copies each. Please help me,

Thank you

oh! Sir This Report of Alleged Violations state. That 5-30 years, how? when I hade 5 to 15 year sentence. 32 years ago




**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*
*General Supervision Branch*

## REPORT OF ALLEGED VIOLATION(S)

January 23, 2003

TO:         United States Parole Commission

FROM:    Tyrone Williams          Unit:        Branch II-B
              CSO                           Telephone: 202-585-7653

Client:     Ralph Edward Brown     FBI #: 401-611-H
DCDC #: 177-635                          PDID #: 234-735

Action Recommended: Letter of Reprimand
Sentencing Information:

Mr. Ralph E. Brown is a 47 years old parolee sentenced on 02-10-76 to a total of 5-30 years for Burglary I, case # F-91261-75. Mr. Brown was discretionary paroled from institutional custody on 12/21/01 with a schedule full term date of 10/23/2008. Mr. Brown has special conditions of Drug Aftercare. Please be advised, Mr. Brown was given a Letter of Reprimand on 5/17/02, in reference to RAV dated 5/3/02, in which, Offender was sited for violation of USPC Rule # 9.

Violations:

<u>ALLEGATION #1 – You shall not purchase, possess, use or distribute any controlled substance ( COCAINE) and (OPIATES). (Rule # 9)</u>
Mr. Brown illegally used a controlled-dangerous substance, Cocaine, on/about 5/16, 5/28, 6/4, 6/6, 6/11, 6/13, 6/20, 6/27, 7/15, 7/17, 7/24, 8/27, 8/29, 9/17, 9/19, 10/24, 11/5, 12/10/02, in violation of USPC rule # 9, as evidenced by him being tested and the results came back positive for Cocaine and Opiates on 5/16, 5/28, 6/11, 6/20, 6/27, 7/15, 7/17, 7/24, 8/22, 8/27, 10/3, 10/17, 10/22, 11/5, 11/7, 11/12, 11/14, 12/3, 12/10, 12/12, 12/19, 12/26/02 and 1/2, 1/7/03.

Rule #9

Case Summary:

Mr. Brown last resides at 2640 Martin Luther King, Ave. SE. Washington, DC 20020, with his sister Thelma Jarrett. His home adjustment has been satisfactory. This residence was last verified on 1/23/03, during an office visit.

*3850 South Capitol Street, S.E. Washington, D.C. 20032*
*Voice: (202) 585-7653   Fax: (202) 585-7661*