LET THIS BE FILED
Judge Reggie B. Walton
8/20/0

Ralph Brown
    Petitioner

V                       7/10/07

Warden/Director    Civil Action #070724(RBW)
    Responder

Petitioner Motion for Show Cause Order, on the ground that the Examiner have No grounds, "Other than the Violation itself."

Dear; Honorable Judge, Walton

The F.D.O. Attorney, Has very little Concern In this case, I ask for help to show what Really took Place, and she only ask about my Health and told me that, the Examiner would like my Health Records, So you see Sir; "I only have you to help me get Ansers, To How the Parole Commission can Place me back on Parole, for a warrant, that they let another Jurisdiction Handle?" Which really Means that, "I have been Violated for the Same Charge Twice, (one° D.C Board of Parole: date 10/13/93 - 11/4/93 - 12/9/93 and 1/4/94) (Two® U.S Parole Commission 5/3/01) They Really

aren't concern about, what the D.C. Board of Parole done with me. But ask them, what took place between my paroled date 7/30/89 and revoked on 5/3/01. Sir, the only change they said (word of mouth) in the revocation hearing, for the revoke parole was a 1993 warrant, Sir. The examiner said that she was going to request a continuance of hearing anyway. Which my attorney could of gotten it done by the examiners request only. By just asking the question I told her about.

Sir Thank you for every thing

Mr Ralph Brown

P.S. After I wrote you, I was call to see the parole examiner. The other paper, will tell you the out come.

(Shouldn't I've had a hearing before ten (10) month?)



**U.S. Department of Justice**
United States Parole Commission

Chevy Chase, MD 20815

## Continuance of Hearing

Name __RALPH BROWN__

Register Number __00842-103__ Institution __FDC PHILA.__

I hereby request continuance of my parole or revocation hearing from __JULY 2007 DOCKET__ to __THE NEXT AVAILABLE DOCKET__ for the following reasons:

__IN ORDER TO RECEIVE FOIA INFORMATION PREVIOUSLY REQUESTED FROM US PAROLE COMMISSION.__

**Note:** One continuance may be granted by the examiner panel for good cause. A second continuance may be granted by the examiner panel only for compelling reasons. Requests for more than two continuances must be in writing to the Regional Commissioner at least ten days prior to the scheduled hearing docket.

__7-10-07__
(Date)

X __[signature]__
(Signature)

_____
(Witness signature)

XX __[signature]__
(Name of Attorney, if any)

Continuance to __NEXT AVAILABLE DOCKET__ is hereby granted.

__[signature]__
(Commissioner or Examiner)

__7/10/07__
(Date)

_____
(Commissioner or Examiner)

PAROLE FORM I-21
OCT. 85

1  Inmate Copy

Ralph Brown
  Petitioner

Judge Reggie B Walton
8/20/07
7/10/07

V

Warden/Director
  Responder

Civil Action # 07-0724 (RBW)

Petitioner Motion for Show Cause of evidence and lenity

Dear Honorable Judge Walton

The nature of the Petitioner claim, Is that the warrant from 7/30/1993; on Transfer of Jurisdiction to D.C. Board of Parole will show that they acted on it. (Them 1993-94 Papers.) evidence of Release on Parole 7/30/1989, by the Commissioner - Report of alleged violations 9/21/1993 - and D.C.DC face sheet; for the violation of the 1975 charged Disposition 5 to 15 years, expire date in 1992. Your Papers show that it was reviewed. Sir: They place me back on Parole for that same violation 12/21/01 and it was Revoked on 5/3/01; ten years later, after Transferring me and Place me on Parole for a 4 to 12 suspended sentence with

to offer that expedited Revocation Proposal, that makes #3

In Respect your Honorable Judge

from Mr Ralph E Brown,

P.S Sir, I did send 8-8 Copies of Paper to the Court Two Copies each. Please help me,

Thank you

Oh! Sir This Report of Alleged Violations state. That 5-30 years, how? when I had 5 to 15 year sentence. 32 years ago

*Khan*

**Court Services and Offender Supervision Agency for the District of Columbia**
*Community Supervision Services*
*General Supervision Branch*

# REPORT OF ALLEGED VIOLATION(S)

January 23, 2003

| | |
|---|---|
| TO: | United States Parole Commission |
| FROM: | Tyrone Williams    Unit: Branch II-B |
| | CSO    Telephone: 202-585-7653 |
| Client: | Ralph Edward Brown    FBI #: 401-611-H |
| DCDC #: | 177-635    PDID #: 234-735 |
| | 00842-103 |

Action Recommended: Letter of Reprimand
Sentencing Information:

*(HERE, 'Exiv'ty)*

Mr. Ralph E. Brown is a 47 years old parolee sentenced on 02-10-76 to a total of 5-30 years for Burglary I, case # F-91261-75. Mr. Brown was discretionary paroled from institutional custody on 12/21/01 with a schedule full term date of 10/23/2008. Mr. Brown has special conditions of Drug Aftercare. Please be advised, Mr. Brown was given a Letter of Reprimand on 5/17/02, in reference to RAV dated 5/3/02, in which, Offender was sited for violation of USPC Rule # 9.

Violations:

<u>ALLEGATION #1 – You shall not purchase, possess, use or distribute any controlled substance ( COCAINE) and (OPIATES). (Rule # 9)</u>
Mr. Brown illegally used a controlled-dangerous substance, Cocaine, on/about 5/16, 5/28, 6/4, 6/6, 6/11, 6/13, 6/20, 6/27, 7/15, 7/17, 7/24, 8/27, 8/29, 9/17, 9/19, 10/24, 11/5, 12/10/02, in violation of USPC rule # 9, as evidenced by him being tested and the results came back positive for Cocaine and Opiates on 5/16, 5/28, 6/11, 6/20, 6/27, 7/15, 7/17, 7/24, 8/22, 8/27, 10/3, 10/17, 10/22, 11/5, 11/7, 11/12, 11/14, 12/3, 12/10, 12/12, 12/19, 12/26/02 and 1/ 2, 1/7/03.

Rule #9

Case Summary:

Mr. Brown last resides at 2640 Martin Luther King, Ave. SE. Washington, DC 20020, with his sister Thelma Jarrett. His home adjustment has been satisfactory. This residence was last verified on 1/23/03, during an office visit.

*3850 South Capitol Street, S.E. Washington, D.C. 20032*
*Voice: (202) 585-7653  Fax: (202) 585-7661*