UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH BROWN )<br>)<br>       Petitioner, )<br>)<br>v. )<br>)<br>JOHN CAULFIELD )<br>)<br>       Respondent. )<br>_____) | Civil Action No. 07-0724 (RBW) |

### DISTRICT OF COLUMBIA'S RESPONSE TO SHOW CAUSE ORDER

The District of Columbia files this response to the Court's Order of August 10, 2007, directing the respondents to file a response to the show cause order issued April 26, 2007. As directed by the Court, the District of Columbia, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

### FACTS

The Petitioner, Ralph Brown, filed a *pro se* petition for a writ of habeas corpus on April 23, 2007, naming the warden of the Central Treatment Facility.[1] Because the original petition was incomplete, the District of Columbia and the United States filed motions seeking to vacate the show cause order. In response, the Court directed the Petitioner to file a complete petition. The Petitioner submitted two letters in response to the Court's directive. On August 10, 2007, the Court directed the respondents to file responses to the Court's Order to Show Cause.

At the time that the Petitioner filed his original petition, he was in the custody of the District of Columbia. However, on June 4, 2007, the Petitioner was released to the United States Marshal's Service. *See* Exhibit A. The federal Bureau of Prisons inmate locator indicates that

---

[1] The Central Treatment Facility is operated by the Corrections Corporation of America, a non District of Columbia entity. However, the show cause order was directed to the Office of the Attorney General for the District of Columbia.

the Petitioner is being held at the federal detention facility in Philadelphia, Pennsylvania. *See* Exhibit B.

## DISCUSSION

As set forth in D.C. Code § 16-1901(a), a writ of habeas corpus may only be "directed to the officer or other person in whose custody or keeping the party so detained is returnable forthwith before the court or judge." *See Perkins v. Henderson*, 881 F.Supp. 55, 61 (D.D.C. 1995) ("Habeas petitions are directed to a prisoner's custodian. . . . In all but extraordinary cases a petitioner's custodian is the warden of the facility where the petitioner is incarcerated."). The District of Columbia is not the custodian of the Petitioner. Accordingly, a writ of habeas corpus should not be issued and this petition should be dismissed as to the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 6, 2007, a copy of the foregoing response and proposed order were mailed postage prepaid to:

Ralph Brown
D.C.D.C. 177-635
Reg. # 00842-103
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106
*Petitioner*

      /s/ Lucy Pittman
      Lucy Pittman
      Assistant Attorney General

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH BROWN ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0724 (RBW) |
| ) | |
| JOHN CAULFIELD ) | |
| ) | |
| Respondent. ) | |
| _____) | |

### ORDER

Upon consideration of the District of Columbia's response and the record herein, it is hereby,

ORDERED: that the Petition for the Writ of Habeas Corpus shall be denied as to the District of Columbia; it is,

FURTHER ORDERED: that the Court's Order to Show Cause shall be discharged as to the District of Columbia.

SO ORDERED, this _____ day of _____, 2007.


_____
Reggie B. Walton
United States District Judge

**Alerts:**

Name: BROWN, RALPH DWARD

Section: ___  Block: ___
Cell: ___  Bed: ___  Location: 12

Birth: ___  Sex: M  Race: B  Release: 06/04/2007  Admt Type: 69  SS#: ___  Booking#: 2007-06913  DCDC#: 177635  Booked Date: 05/29/2007  Classification: ___

**Release Verification Information**

Release Shift: 2
Date and Time of Release: 06/04/2007 09:04
Release Officer#: RICHARD, CORY
Days Served this Sentence: 7

**Release Information**

Releasing Authority: U.S. DISTRICT COURT
Release Type: RELEASE TO US MARSHAL
Released in Custody of: U.S. MARSHAL SERVICE
Parole Violation: ___
Sentence Description: ___
Death Date: 00/00/0000

**Release Identity Check Information**

NCIC Check Done: ___
NCIC Check Result: ___
Fingerprint Verified: ___

Sidebar tabs: Cmmsry, Commiss, Ctgry Lmt, Detainers, Drugs, Education, Employme, Grievance, Housing, ID#'s, Incidents, Mail Log, Medical, Med Visits, Misconduc, Physical, Phone Lo, Property, Questions, QTY Rest, Release, $Rstrction

Print FSRx | Calc Temp Days | Abort

EXHIBIT A

# Federal Bureau of Prisons



## Inmate Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)

**ID Search Criteria:** Inmate Register Number 00842-103

Results 1 - 1 of 1

| | Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|---|
| 1. | RALPH E BROWN | 00842-103 | 53 | Black | M | UNKNOWN | PHILADELPHIA FDC |

- Inmate Locator
- Visiting - General Info
- Visiting Hours
- Who Can Visit?
- Background Checks
- Business Visits
- Special Circumstances
- Visiting Room Procedures
- Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Printer Friendly Version

### Related Documents
- *Program Description*
- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

New Search   FAQs   Privacy

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information
Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map



EXHIBIT B