RECEIVED
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court for the District of Columbia

Ralph Brown, Petitioner

v.

John Caulfield, Respondent

Case No: 070724 (RBW)

## Motion for Appointment of Counsel

Now comes the Petitioner in the above captioned cause humbly and respectfully requesting this most Honorable Court to appoint counsel for the following reasons expressed herein;

① Plaintiff is not represented by counsel at this time and he is unskilled in the art and science of law.

② Plaintiff is restricted by sanctions in reference to his liberty to have access to

courts and legal material.

(3) Plaintiff has no experience in handling Habeous Corpus complaint and Plaintiffs issues are neither frivolous nor malicious.

(4) Plaintiff has a Constitutional right to seek redress of his grievances as well as having meaningful access to the courts. (see Bounds v Smith 43.d U.S. 817, 828 (1977) Haines-v-Kerner

(5) In appointing counsel court must consider:

 The work counsel has done identifying or investigating potential claims in this action

 Counsel's experience in handling complaints and other complex litigation related to this matter

allowing plaintiff appointment of counsel can be considered under the "Ends of Justice" standard, and in the Interest of Justice. Wherefore these reasons stated in the formentioned points, the Petitioner prays this most Honorable Court grant his motion for appointment of counsel to be deemed just, fair, and proper

Respectfully
Submitted

Mr. Ralph E. Brown