UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH BROWN, )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>JOHN CAULFIELD, )<br>)<br>      Respondent. ) | Civil Action No. 07-0724 (RBW) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the order to show cause [Dkt. # 3] is VACATED. It is further

ORDERED that the petition for writ of habeas corpus [Dkt. # 1] is DENIED, and petitioner's motion for appointment of counsel [Dkt. # 15] is DENIED as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                                     /s/
                                      REGGIE B. WALTON
                                      United States District Judge

Date: January 24, 2008